**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID BEITLE and JULIE BEITLE,** | : | |
| **as parents and next friends of** | : | |
| **JOSHUA BEITLE** | : | |
| ***Plaintiffs*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-62ML** |
| | : | |
| **EAST GREENWICH SCHOOL** | : | |
| **COMMITTEE** | : | |
| ***Defendant*** | : | |

**ANSWER OF DEFENDANT**
**EAST GREENWICH SCHOOL COMMITTEE**

Now comes Defendant East Greenwich School Committee (hereinafter "Defendant" and/or "School Committee") and responds to each of the allegations set forth in the complaint of Plaintiffs, David Beitle and Julie Beitle, as parents and next friends of Joshua Beitle (hereinafter "Plaintiffs").

**JURISDICTION**

1. Admitted.

**PARTIES**

2. Admitted.

3. Admitted.

4. Admitted.

**FACTS**

1. Admitted.

2. Admitted.

3. Admitted.

4. The IEP meeting took place on January 14, 2005. The remainder of the allegations are admitted.

5. Denied.

6. Denied.

7. Denied.

8. Defendant admits that a meeting was held on September 2, 2005 with representatives of Defendant in order to discuss and address the IEP for Joshua for the 2005-2006 academic year.

9. Denied.

10. Defendant admits that Plaintiffs refused to sign the proposed IEP of September 2, 2005 and deny that their refusal was due to the failure of the IEP to offer Joshua with a free and appropriate public education.

11. Admitted.

12. Admitted.

13. Defendant admits that Plaintiffs did enroll Joshua in the Wolf School and filed a request for a due process hearing with the Rhode Island Department of Education. Defendant denies any portion of this paragraph that is deemed to constitute an allegation of wrongdoing on the part of Defendant.

14. Admitted.

15. Admitted.

16. Denied.

WHEREFORE, Defendant East Greenwich School Committee respectfully requests that this Court uphold the aforementioned decision of the hearing officer and deny Plaintiffs' Complaint and further award Defendant its costs and fees.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The January 13, 2006 decision by the hearing officer was made in accordance with the applicable laws, including the Individuals With Disabilities Education Act, 20 U.S.C.A. § 1400 et seq.

Defendant,
East Greenwich School Committee,
By its Attorneys,

Raymond A. Marcaccio, Esquire #3569
Christine M. Curley, Esquire #4529
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: March 10, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *ANSWER OF DEFENDANT EAST GREENWICH SCHOOL COMMITTEE* was mailed, postage prepaid, to Mary Ann Carroll, Esquire and Vicki J. Bejma, Esquire, Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903 on the 10th day of March, 2006.

Darlene Hendrickson