UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DAVID BEITLE and JULIE BEITLE** :
**As Parents and Next Friends of** :
**JOSHUA BEITLE** :
***Plaintiffs*** :
:
**Vs.** : **C.A. No. 06-62ML**
:
**EAST GREENWICH SCHOOL** :
**COMMITTEE** :
***Defendants*** :

**STIPULATION**

It is hereby stipulated by and between the parties that Attorney Raymond A. Marcaccio does hereby accept service of the summonses and complaint in the above-captioned matter on behalf of each of the Defendants.

Mary Ann Carroll, Esquire #6664
Attorney for Plaintiffs
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(401) 331-7888 Fax

Dated: 3/10/06

Raymond A. Marcaccio, Esquire #3569
Attorney for Defendants
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: 3/7/06

Enter:
Mary M. Lisi
USDJ 3/14/06