**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID BEITLE and JULIE BEITLE,** | : | |
| **as parents and next friends of** | : | |
| **JOSHUA BEITLE** | : | |
| ***Plaintiffs*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-62ML** |
| | : | |
| **EAST GREENWICH SCHOOL** | : | |
| **COMMITTEE** | : | |
| ***Defendant*** | : | |

**SCHEDULING ORDER FOR SUBMISSION OF BRIEFS**

The Plaintiffs, David Beitle and Julie Beitle, as parents and next friends of Joshua Beitle, and Defendant, East Greenwich School Committee, shall submit legal memoranda in support of their respective positions on the following basis:

1. Plaintiffs shall submit their memorandum of law on or before June 9, 2006.

2. Defendant shall submit its memorandum of law on or before July 10, 2006.

3. Plaintiffs shall be permitted to file a rebuttal memorandum of law on or before July 20, 2006.

ENTER: PER ORDER:

Mary M. Lisi 5/17/06
J. Lisi

Barbara Barletta
Clerk of the Court

Submitted by:

Raymond A. Marcaccio, Esquire #3569
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *SCHEDULING ORDER FOR SUBMISSION OF BRIEFS* was mailed, postage prepaid, to Mary Ann Carroll, Esquire and Vicki J. Bejma, Esquire, Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903 on the 15th day of May, 2006.

Nadine Hendrickson