**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID BEITLE and JULIE BEITLE, as parents and next friends of JOSHUA BEITLE** *Plaintiffs* | : | |
| **Vs.** | : | **C.A. No. 06-62ML** |
| **EAST GREENWICH SCHOOL COMMITTEE** *Defendant* | : | |

**PARTIES' JOINT MOTION TO ENLARGE TIME TO SUBMIT MEMORANDUM OF LAW AND REPLY MEMORANDUM**

Defendant, East Greenwich School Committee, and Plaintiffs, David Beitle and Julie Beitle, hereby move this Honorable Court to allow them a brief extension of time to submit their Memorandum of Law and Reply Memorandum, respectively.

According to the Scheduling Order dated May 17, 2006, Defendant's Memorandum of Law is due on or before July 10, 2006, and Plaintiffs' Reply Memorandum is due on or before July 20, 2006.

Defendant respectfully requests an extension until Friday, July 14, 2006 to submit its Memorandum. Defendant asserts that a short extension is needed due to the holiday schedule this week. In light of the extension requested by the Defendant, Plaintiffs request an extension until July 28, 2006 to submit their Reply Memorandum.

Plaintiffs,
David Beitle and Julie Beitle,
By their attorney,

Vicki J. Bejma, Esq. #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903-7115
(401) 331-6565
(401)331-7888 Fax
Dated: 7/7/06

Defendant,
East Greenwich School Committee,
By its attorney,

Raymond A. Marcaccio, Esq. #3569
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
Dated: 7/7/06