**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

**DAVID BEITLE and JULIE BEITLE, :**
**as parents and next friends of JOSHUA BEITLE:**
**Plaintiffs :**
**: C.A. No. C.A. 06-62/ML**
**v. :**
**:**
**EAST GREENWICH SCHOOL COMMITTEE :**
**Defendant :**

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs, and hereby object to Defendants' Motion for Summary Judgment in the above-captioned matter. In support of their Objection, the Plaintiffs rely upon their Memorandum in Support of Their Motion for Summary Judgment, as well as their Reply Memorandum, Statement of Facts, and Response to Defendant's Statement of Facts, attached hereto and made a part hereof.

David Beitle and Julie Beitle,
By their attorney,

Vicki J. Bejma, #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
July 28, 2006



11

**CERTIFICATION**

I, the undersigned, hereby certify that on July 28, 2006 I sent a true copy of the within by regular mail to all of the parties below:

Raymond Marcaccio
Oliverio & Marcaccio
55 Dorrance Street, Suite 400
Providence, RI 02903