UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID BEITLE and JULIA BEITLE, as parents and next friends of JOSHUA BEITLE, Plaintiffs, | : | |
| v. | : | CA 06-62 ML |
| EAST GREENWICH SCHOOL COMMITTEE, Defendants. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

David L. Martin
United States Magistrate Judge
August 4, 2006

BY ORDER:

Deputy Clerk