UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID and JULIE BEITLE, as
parents of JOSHUA BEITLE

v. C.A. 06-62ML

EAST GREENWICH SCHOOL
COMMITTEE

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated October 10, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The plaintiffs' motion for summary judgment is DENIED and the defendant's Motion for Summary Judgment is GRANTED.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
October 27, 2006

Entered as an Order of this Court on October 27, 2006

Barbara Barletta
Deputy Clerk