UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID BEITLE and JULIE BEITLE, as parents and next friend of Joshua Beitle

v. **C.A. NO: 06-62ML**

**EAST GREENWICH SCHOOL DEPARTMENT**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, East Greenwich School Department, against the Plaintiffs, David Beitle and Julie Beitle, per the Order dated October 27, 2006 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated October 10, 2006 pursuant to Title 28 U.S.C. § 636(b)(1) AFFIRMING the decision of the hearing officer. The plaintiffs' Motion for Summary is DENIED and the defendant's Motion for Summary Judgment is GRANTED.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: October 27, 2006**